**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA PORTELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware limited liability company, and DOES 1-25,<br><br>Defendants. | Case No. 8:17-cv-01346-DOC-KESx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. David O. Carter<br>Courtroom: 9D |

The parties to this action have filed a Joint Stipulation to Remand Case to State Court [Doc.10]. Upon consideration of the parties' stipulation and finding good cause therefore, the Court hereby GRANTS the parties stipulation and ORDERS that:

1. This action shall be immediately remanded to the Superior Court for the State of California, County of Orange; and

2. Plaintiff shall file her proposed First Amended Complaint (substantially in the form attached to the parties' stipulation) in the Superior Court for the State of California, County of Orange within 10 calendar days of entry of the Order.

3. Plaintiff and the putative class will be subject to a damages cap of $5,000,000, inclusive of all wages, penalties, premiums, damages and attorneys' fees on the facts and causes of action pled in the First Amended Complaint, excluding interest, costs, and PAGA penalties.

**IT IS SO ORDERED.**

DATED: September 7, 2017

By: *David O. Carter*
HON. DAVID O. CARTER
United States District Judge